IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN GRANGER,                                                                         PETITIONER
ADC #104931

v.                                    5:11-cv-00320-BSM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

SO ORDERED this 8th day of February, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1